IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-cv-396

| | |
|---|---|
| MERRY HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER ALLOWING DEFENDANT'S** |
| | ) **MOTION TO EXTEND TIME TO** |
| PHARMACEUTICAL PRODUCT | ) **RESPOND TO FIRST REQUESTS FOR** |
| DEVELOPMENT, LLC, | ) **PRODUCTION** |
| | ) |
| Defendant. | ) |
| | ) |

THIS CAUSE being heard by the undersigned Clerk of the Eastern District of North Carolina on motion of the defendants for an order extending time in which to respond to Plaintiff's First Requests for Production pursuant to Rule 6 of the Rules of Civil Procedure; and it appearing to the Court that the time for answering has not yet expired and the motion should be allowed;

IT IS THEREFORE ORDERED that the time for serving responses be extended to and including the 12th day of August, 2022.

This the 12 day of July, 2022.

_____
Clerk of Court